From: **Jason D. Wallace** jason@gethelpohio.com
Subject: Re: Nordonia Hills City School District
Date: February 10, 2017 at 8:32 AM
To: Judi Kahn  Judi.Kahn@amtrustgroup.com
Cc: dan@gethelpohio.com

Just to be clear, Dan and myself did not withdraw our claim and we were insured as well.  So, we are quite surprised with how your company has treated us.

Thank you,
Jason Wallace

Please excuse any errors or typos as this message was sent from my phone in effort to provide a quick response or timely communication.

On Feb 10, 2017, at 7:42 AM, Judi Kahn <Judi.Kahn@amtrustgroup.com> wrote:

> There was no coverage position taken as the insured withdrew the claim.  So we will not be issuing a coverage letter of any kind for that claim.
>
> Judi Kahn, JD
> Claims Analyst, Sr
> Amtrust North America
> 233 North Michigan Ave. Suite 1200
> Chicago, IL 60601
> 312.577.7347 office
> Judi.Kahn@amtrustgroup.com
> www.amtrustgroup.com
>
>
>
> **From:** Jason D. Wallace [mailto:jason@gethelpohio.com]
> **Sent:** Thursday, February 9, 2017 5:02 PM
> **To:** Judi Kahn <Judi.Kahn@amtrustgroup.com>
> **Cc:** Daniel Bache <dan@gethelpohio.com>
> **Subject:** Re: Nordonia Hills City School District
>
> Now can we get that in a declination letter so I do not have to use this email as proof of this?
>
> Jason D. Wallace
> Wallace & Bache LLC
> 270 S. Cleveland Massillon Road
> Fairlawn, Ohio 44333
> Office: (234) 466-0829
> Fax: (866) 573-8377
> Jason@GetHelpOhio.com
>
> *Lawyers for you. Lawyers for your family.*
>
> Confidentiality Notice: This e-mail message and any attached files are intended by Wallace & Bache LLC for the addressee and may contain information that is privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or any employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited.  If you have received this email in error, please delete it from your system without copying or forwarding it and notify the sender of the error immediately by reply email or by calling (234) 466-0829.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: In compliance with the requirements imposed by the Internal Revenue Service, we inform you that any Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Feb 9, 2017, at 12:01 PM, Judi Kahn <Judi.Kahn@amtrustgroup.com> wrote:

We are saying there was no coverage for the matter reported under the Roderick policy.

Judi Kahn, JD
Claims Analyst, Sr
Amtrust North America
233 North Michigan Ave. Suite 1200
Chicago, IL 60601
312.577.7347 office
Judi.Kahn@amtrustgroup.com
www.amtrustgroup.com

<image002.jpg>  <image002.jpg>  <image002.jpg>  <image002.jpg>  <image002.jpg>

---

**From:** Jason D. Wallace [mailto:jason@gethelpohio.com]
**Sent:** Thursday, February 9, 2017 10:18 AM
**To:** Judi Kahn <Judi.Kahn@amtrustgroup.com>
**Cc:** Daniel Bache <dan@gethelpohio.com>
**Subject:** Re: Nordonia Hills City School District

Just to be clear, are you saying that we did not have coverage while working at Roderick? Or, are you saying since Roderick settled its case that we are not covered now? I am confused because Roderick's coverage clearly had Dan and myself listed on the policy and I can't figure out why you would not cover us or issue us a denial letter since we were covered under your company's policy.

Jason D. Wallace
Wallace & Bache LLC
270 S. Cleveland Massillon Road
Fairlawn, Ohio 44333
Office: (234) 466-0829
Fax: (866) 573-8377
Jason@GetHelpOhio.com

*Lawyers for you. Lawyers for your family.*

Confidentiality Notice: This e-mail message and any attached files are intended by Wallace & Bache LLC for the addressee and may contain information that is privileged, confidential or otherwise protected

contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or any employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please delete it from your system without copying or forwarding it and notify the sender of the error immediately by reply email or by calling (234) 466-0829. Thank you.

IRS CIRCULAR 230 DISCLOSURE: In compliance with the requirements imposed by the Internal Revenue Service, we inform you that any Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Feb 9, 2017, at 10:53 AM, Judi Kahn <Judi.Kahn@amtrustgroup.com> wrote:

You should speak with Kurt. I am not privy to the settlement.

Judi Kahn, JD
Claims Analyst, Sr
Amtrust North America
233 North Michigan Ave. Suite 1200
Chicago, IL 60601
312.577.7347 office
Judi.Kahn@amtrustgroup.com
www.amtrustgroup.com

<image002.jpg> <image002.jpg> <image002.jpg> <image002.jpg> <image002.jpg>

**From:** Jason D. Wallace [mailto:jason@gethelpohIo.com]
**Sent:** Thursday, February 9, 2017 9:30 AM
**To:** Judi Kahn <Judi.Kahn@amtrustgroup.com>
**Cc:** Daniel Bache <dan@gethelpohio.com>
**Subject:** Re: Nordonia Hills City School District

Thanks for checking! The only issue with that is Dan and myself were insured through Roderick Linton Belfance and we have not resolved our claims. So, we should still be covered or get a declination letter, right?

Thank you,
Jason Wallace

Please excuse any errors or typos as this message was sent from my phone in effort to provide a quick response or timely communication.

On Feb 9, 2017, at 9:50 AM, Judi Kahn <Judi.Kahn@amtrustgroup.com> wrote:

Jason,

I didn't find the claim number for Nordonia Hills because the insured resolved that one themselves and withdrew the claim before a declination letter could be issued.  Judi

Judi Kahn, JD
Claims Analyst, Sr
Amtrust North America
233 North Michigan Ave. Suite 1200
Chicago, IL 60601
312.577.7347 office
Judi.Kahn@amtrustgroup.com
www.amtrustgroup.com

<image002.jpg>  <image002.jpg>  <image002.jpg>  <image002.jpg>  <image002.jpg>

---

**From:** Jason D. Wallace [mailto:jason@gethelpohIo.com]
**Sent:** Thursday, February 9, 2017 8:31 AM
**To:** Judi Kahn <Judi.Kahn@amtrustgroup.com>
**Cc:** Daniel Bache <dan@gethelpohio.com>
**Subject:** Re: Nordonia Hills City School District

Mrs. Kahn,
Can you please look it up?  We called your company yesterday and we provided you the number that was given to us.  We do not have the declination letter or else we could give it to you.  The matter is regarding Roderick Linton Belfance, Daniel Bache, and Jason Wallace, and Its Nordonia Hills City School District and their insurance company bringing the action.  We appreciate any assistance you can provide.

Thank you,
Jason Wallace

Please excuse any errors or typos as this message was sent from my phone in effort to provide a quick response or timely communication.

On Feb 9, 2017, at 7:39 AM, Judi Kahn <Judi.Kahn@amtrustgroup.com> wrote:

Not the correct claim number – can you recheck?

Judi Kahn, JD
Claims Analyst, Sr
Amtrust North America
233 North Michigan Ave. Suite 1200
Chicago, IL 60601
312.577.7347 office
Judi.Kahn@amtrustgroup.com
www.amtrustgroup.com

<image002.jpg> <image002.jpg> <image002.jpg> <image002.jpg> <image002.jpg>

**From:** Daniel Bache [mailto:dan@gethelpohio.com]
**Sent:** Wednesday, February 8, 2017 1:53 PM
**To:** Judi Kahn <Judi.Kahn@amtrustgroup.com>
**Cc:** 'Jason D. Wallace' <jason@gethelpohio.com>
**Subject:** Nordonia Hills City School District

Judy-

Could you please forward a copy of the Nordonia Hills Declination of Coverage letter for Jason Wallace and Daniel Bache, while we were members of Roderick, Linton, Belfance, LLP. I believe it was claim 2487479.

Thank you in advance for your help.

Sincerely,

Daniel R. Bache
Wallace & Bache LLC
270 S. Cleveland Massillon Road
Suite B
Fairlawn, Ohio 44333
Office: (234) 466-0829
Fax: (866) 573-8377
Dan@GetHelpOhio.com

Confidentiality Notice: This e-mail message and any attached files are intended by Wallace & Bache LLC for the addressee and may contain information that is privileged

contain information that is privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or any employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited.  If you have received this email in error, please delete it from your system without copying or forwarding it and notify the sender of the error immediately by reply email or by calling (234) 466-0829.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: In compliance with the requirements imposed by the Internal Revenue Service, we inform you that any Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**AOMobile - AmTrust Financial Services, Inc. Download on the App Store℠ | Get it on Google Play™**

**- Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc.**
**- Android is a trademark of Google Inc.**

**Confidentiality Notice: This email message is intended only for the individual or entity to which it is addressed. This email may contain information that is proprietary or privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this email by accident, please notify the sender immediately and destroy this email and all copies of it.**

**AOMobile - AmTrust Financial Services, Inc.** Download on the App Store℠ | Get it on Google Play™

- Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc.
- Android is a trademark of Google Inc.

---

Confidentiality Notice: This email message is intended only for the individual or entity to which it is addressed. This email may contain information that is proprietary or privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this email by accident, please notify the sender immediately and destroy this email and all copies of it.

**AOMobile - AmTrust Financial Services, Inc.** Download on the App Store℠ | Get it on Google Play™

- Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc.
- Android is a trademark of Google Inc.

---

Confidentiality Notice: This email message is intended only for the individual or entity to which it is addressed. This email may contain information that is proprietary or privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this email by accident, please notify the sender immediately and destroy this email and all copies of it.

**AOMobile - AmTrust Financial Services, Inc.** Download on the App Store℠ | Get it on Google Play™

- Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc.
- Android is a trademark of Google Inc.

Confidentiality Notice: This email message is intended only for the individual or entity to which it is addressed. This email may contain information that is proprietary or privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this email by accident, please notify the sender immediately and destroy this email and all copies of it.

**AOMobile - AmTrust Financial Services, Inc. Download on the App Store℠ | Get it on Google Play™**

**- Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc.**
**- Android is a trademark of Google Inc.**

Confidentiality Notice: This email message is intended only for the individual or entity to which it is addressed. This email may contain information that is proprietary or privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this email by accident, please notify the sender immediately and destroy this email and all copies of it.